**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

IN RE:                                                                    CHAPTER 13 PROCEEDING:
RUDY QUILANTAN                                             10-10158-B-13
DEBTOR

**TRUSTEE'S MOTION TO PAY FUNDS INTO THE COURT REGISTRY**

TO THE HONORABLE UNITED STATES BANKRUPTCY JUDGE:

COMES NOW, CINDY BOUDLOCHE, Chapter 13 Trustee in the above referenced Chapter 13 proceeding and files this Trustee's Motion to Pay Funds into the Court Registry and would respectfully show the Court the following:

1.   Debtor filed a petition for relief under the provisions of Chapter 13 of Title 11 of the United States Code on Thursday, Mar 4, 2010.

2.   This Honorable Court has jurisdiction over this motion pursuant to the provisions contained in 28 U.S.C. Section 1334. This is a core proceeding pursuant to the definition contained in 28 U.S.C. Section 157. Venue is in this Honorable Court pursuant to 28 U.S.C. Section 1408.

3.   Trustee has standing to file this motion pursuant to 11 U.S.C. Section 347(a).

4.   Checks to the party below have not cleared within 90 days.

    LEASE FINANCE GROUP
    132 WEST 31ST ST 14TH FLOOR
    NEW YORK, NY  10001

5.   As a result, funds owed to the creditor in the amount of $150.77 by the above referenced Debtor should be reserved by the Registry of the Court.

WHEREFORE, PREMISES CONSIDERED, the Chapter 13 Trustee prays this Honorable Court will grant the Trustee's Motion to Pay Funds into the Court Registry.

Respectfully Submitted:  Mon, March 28, 2011

*Cindy Boudloche*

Cindy Boudloche
Chapter 13 Trustee
555 N. Carancahua  Ste 600
Corpus Christi, TX  78401-0823
(361) 883-5786

#109

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**BROWNSVILLE DIVISION**

IN RE:                                                   CHAPTER 13 PROCEEDING:
RUDY QUILANTAN                                           10-10158-B-13
DEBTOR

## CERTIFICATE OF SERVICE

I, Cindy Boudloche , do hereby certify that on Mar 28, 2011, a copy of the foregoing Trustee's Motion to Pay Funds into the Court Registry was served electronically or by United States Mail to the parties listed below :

*Cindy Boudloche*

Cindy Boudloche ,Chapter 13 Trustee


RUDY QUILANTAN                                MALAISE LAW FIRM PC (ER)
2301 E BOWIE AVE                              1265 N EXPRESSWAY 83
HARLINGEN, TX  78550                          BROWNSVILLE, TX  78520

LEASE FINANCE GROUP                           LEASE FINANCE GROUP
132 WEST 31ST ST 14TH FLOOR                   233 N MICHIGAN AVE
NEW YORK, NY  10001                           STE 1800
                                              CHICAGO, IL  60601